APPEAL No. 76-383. JOSEPH JACINTO *et al. v.* JEROME P. EGAN *et al.* Motion of plaintiffs to dismiss the defendants' appeal is denied without prejudice to raising this question in briefs and oral argument. This case is consolidated with *Jacinto* v. *Egan,* 117 R.I. 938, 366 A.2d 822 (1976). *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Natale L. Urso,* for defendants.

APPEAL No. 76-384. JOSEPH JACINTO *et al. v.* JEROME P. EGAN *et al.* Motion of plaintiffs to dismiss defendants' appeal is denied without prejudice to raising this question in briefs and oral argument. *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Natale L. Urso,* for defendants.

November 30, 1976.

M. P. No. 76-252. NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* This order supplements earlier orders entered in this controversy whereby on October 1, 1976, a majority of this court denied the Narragansett Electric Company's (Narragansett) motion to suspend an order of the Public Utilities Commission (PUC) that in turn had suspended the effective date of a proposed rate increase sought by the utility. Narragansett's motion to suspend accompanied an amended petition for certiorari, which was filed with this court on September 3, 1976.

Earlier, in *Rhode Island Consumers' Council* v. *Smith,* 113 R.I. 384, 322 A.2d 17 (1974), we alluded to Narragansett's family tree. There we observed that Narragansett's common stock is owned by a holding company, the New England Electric System (NEES), and NEES also owns the New England Power Company (NEPCO). It is also conceded that NEES, through its other holdings, owns several electric companies which service retail customers in many of the New England states.

An examination of Narragansett's petitions, its various motions, and supporting documents reveals that on November 28,